AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

LANCE RAY HORNTVEDT, SR.,

_____
*Plaintiff*                    )
                               )
FRANKLIN COUNTY, FRANKLIN COUNTY CORRECTIONS CENTER,   )
LOURDES OCCUPATIONAL HEALTH CENTER, STEPHEN SULTEMEIER, )
ADAM DIAZ, KEILEN L. HARMON, MCKENZIE BURGESS, RICARDO  )
ESPINDOLA, PATRICIA JARAMILLO, ROCELY DURAN, MELISSA    )
STRONG, GABRIEL SANCHEZ, DEPUTY SALAS, DEPUTY T ORTIZ F528, )
SCOTT CRAM and CORPORAL ROMERO,
_____
*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 25, 2022

SEAN F. McAVOY, CLERK

Civil Action No.   4:22-cv-05051-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑ other:    Claims asserted in Plaintiff's First Amended Complaint, ECF No. 8, are DISMISSED with prejudice.
            Dismissal counts as a "strike" under 28 U.S.C. § 1915(g).
            Plaintiff's in forma pauperis status is REVOKED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge    THOMAS O. RICE _____ .

Date:  07/25/2022 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Allison Yates
_____
*(By) Deputy Clerk*

Allison Yates
_____